**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

$$\overline{\phantom{xxxxxxxxxx}}$$

**No. 19-7842**

$$\overline{\phantom{xxxxxxxxxx}}$$

DAVID MEYERS,

       Plaintiff - Appellant,

    v.

CARL MANIS; JEFFREY KISER; J. FANNIN; J. D. BENTLEY; EDWARD GWINN, RN; NURSE WITT; C. STANLEY; NURSE YATES; M. COUNTS; NURSE BALL; L. MULLINS; J. BLEDSOE; F, STANLEY; DR. L. DICKENSON; T. DORTON; DR. FOX; WALTER SWINEY, Unit Manager; J. KING; A. CLEVINGER; LARRY COLLINS; C/O DUNCAN, B4 Unit Manager; A. GALIHAR; P. DEEL; OFFICER DUNCAN; D. TATE; SGT. SOUTHERNLY; J. B. MESSER; B. STALLARD; SGT. MANNON; S. ESCOFFERY; OFC. PERRIGAN; OFC. MAYES; SERGEANT TAYLOR; J. GILLIAM; GERALDINE BAKER; MARCUS ELAM; TAMMY BARBETTO; KIM CROWDER; HENRY PONTON; GAIL JONES; KEITH DAWKINS; KAREN STAPLETON; JAMES PARKS; SHERIDN DAVIS BRYAN; PAUL HAYNES; THOMAS CULLEN, U.S. Attorney for the Western District of Virginia; CHAIRMAN OF THE JUDICIAL CONFERENCE OF THE UNITED STATES; DIRECTOR OF THE ADMINISTRATIVE OFFICE FOR THE U.S. COURTS; JUDICIAL COUNCIL OF FOURTH CIRCUIT; JAMES N. ISHIDA, Secretary and Circuit Executive; COUNSELOR YOUNG; COUNSELOR C. CAUGHRON; DENNIS COLLINS, Chief of Housing and Programs; J. TOWNSEND, Health Service Administrator; B. RAVIZEE MONAHAN, QMHP; CHIEF PSYCHIATRIC, QMHP; HAWKINS, Clinical Psychologist-QMHP; J. ELY, Unit Manager; ANDERSON, Chief of Security Major; ASSISTANT WARDEN COMBS; K. FLEMING; HARRIS, Intel Officer; LITE, Intel Officer; RIVERA, Intel Officers; F. SANTOS, Operations Manager-Prea Manager; CHIEF OF HOUSING OF WRSP; ULM COLLINS; K. COUNTS; C. DUDLEY; FISCAL TECH,

       Defendants - Appellees.

DAVID MEYERS,

Plaintiff - Appellant,

v.

CARL MANIS; JEFFREY KISER; GAIL JONES; C. FLEMING; MARCUS ELAM; VERNITA BOONE; D. BAKER; KIM CROWDER; B. RAVIZEE; DENNIS COLLINS; HENRY PONTON; HAROLD CLARKE; J. ELY; F. SANTOS; PAUL HAYES; N.H. SCOTT; MARIE VARGO; T. TOWNSEND; DR. SMITH; C. COLLINS; SGT. NUNLEY; A. GALIHAR; W. HARBER; HARRIS, Intel Officer; RIVERO, Intel Officer; LIGHT, Intel Officer; LT. LIGHT; W. SWINEY; J. FANNIN; J. D. BENTLEY; B. STALLARD; J. GILLIAM; LARRY COLLINS; CHARISSE MULLENS; COUNSELOR YOUNG; COUNSELOR CAUGHRON,

Defendants - Appellees.

No. 19-7847

DAVID MEYERS,

Plaintiff - Appellant,

v.

T. W. HALL; B. K. MCCRAY; SERGEANT SHORT; CARL MANIS; PAUL HAYMES; CAPTAIN SHORT; MAJOR ANDERSON; MARCUS ELAM; C. FLEMMINGS; MS. TOWNSEND, HSA; SERGEANT NUNLEY; SERGEANT HAILE; HARRIS, Investigator; RIVERA, Investigator; LITE, Investigator; ELY, Unit Manager; COUNSELOR YOUNG; C. CAUGHRON, Counselor,

Defendants - Appellees.

DAVID MEYERS,

Plaintiff - Appellant,

v.

CARL MANIS; K. M. FLEMING; J. ELY; DENNIS COLLINS; B. YOUNG; C. CAUGHRON; F. SANTOS; OFFICER DANIELS; A. W. COMBS; SERGEANT NUNLEY; M. WILLIAMS; B. RAVIZEE; A. VANHUSS; AW ANDERSON; AW COMBS; NURSE W. HARVER; FOOD SERVICE DIETICIANS; S. STALLARD; J. BURGIN; CPT KING; COS KING; INTEL OFFICERS; PRISON GUARD HARRIS; PRISON GUARD LIGHT; PRISON GUARD RIVERO; MS. BOOTH, Records Manager; OFC. SMITH; J. KISER; J. FANNIN; WALTER SWINEY; GAIL JONES; A. DAVID ROBINSON; CHRISTINE CARROLL; S. HOUNDSHELL; HAROLD CLARKE; VERITA BOONE; MARIE VARGO; MARCUS ELAM; KIM CROWDER; PRISON GUARD J. M. MESSER; PRISON GUARD P. DEEL; PRISON GUARD C. N. DEEL; SGT. SUTHERLY; PRISON GUARD J. BENTLEY; PRISON GUARD M. L. COUNTS; PRISON GUARD K. COUNTS; PRISON GUARD COX; PRISON GUARD MCCARTHY; PRISON GUARD MCCOY; PRISON GUARD ZEPCO; PRISON GUARD GARRETT; PRISON GUARD FIELDS; LT. LIGHT; PRISON GUARD T. W. HALL; SGT. COOK; GAIL JONES; HENRY PONTON; PAUL HAYMES HAYNES; SIU WOODS; T. TOWNSEND; DR. HAZ-MULLINS; DR. SMITH; PAMELA ASHBROOK; R. CHURCH,

Defendants - Appellees,

and

PAMELA MEADE SARGENT; MICHAEL F. URBANSKI; GLEN E. CONRAD; ROBERT STEWART BALLOU; JULIA C. DUDLEY; DEPUTY CLERK TIM TAYLOR; JAMES JONES,

Defendants.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Joel Christopher Hoppe, Magistrate Judge. (7:19-cv-00406-NKM-JCH; 7:19-cv-00496-NKM-JCH; 7:19-cv-00250-NKM-JCH; 7:19-cv-00558-NKM-JCH)

Submitted: February 6, 2020                                    Decided: February 19, 2020

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Meyers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, David Meyers seeks to appeal the magistrate judge's order referring the cases for an evidentiary hearing and precluding Meyers from filing any further motions or documents until the magistrate judge issues his report and recommendation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Meyers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny as moot Meyers' motions for leave to proceed on appeal without prepayment of fees under the Prison Litigation Reform Act and dismiss the appeals for lack of jurisdiction. We deny Meyers' motion to appoint counsel filed in No. 19-7847, *Meyers v. Hall*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*